**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

NOEL K. BANGO,
    Plaintiff,

vs.                                    Case No. 3:03cv576/MCR/EMT

JAMES V. CROSBY,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 21, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion for Preliminary Injunction (Doc. 78) is **DENIED**.

    **DONE AND ORDERED** this 22nd day of November, 2005.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**